FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> RODNEY JUBILEE, <br>     Defendant. | CASE NO. 10-MJ-2228 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✔)  the appearance of defendant as required; and/or

    (B)  (✔)  the safety of any person or the community.

//
//

The court concludes:

A.   (✔)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

He is *not* a repeat offender. Defendant has a lengthy criminal history. The instant violation strengthens the Court's conclusion.

(B)   (✔)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant failed to provide any verifiable background information, including meaningful ties to the Central District of California..

IT IS ORDERED that defendant be detained.

DATED: September 10, 2010

_____
HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE